| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Mark A. Gittelman - Counsel<br>PNC Financial Services Group<br>1600 Market Street - 28th floor<br>Philadelphia, PA 19103<br>215-585-8785 |
|---|
| IN RE:<br><br>Theodore G. Sourlis and Elaine Sourli,<br>Debtor |

CASE NO.: 90-32779-MBK

CHAPTER 11

HEARING DATE:

JUDGE: Gloria M. Burns

*[Filed stamp: JAMES J. WALDRON, JUN 30 2014, U.S. BANKRUPTCY COURT, CAMDEN, N.J., BY ___ DEPUTY]*

## CERTIFICATION OF SERVICE

1. I, <u>Mark A. Gittelman</u>:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the ~~for~~ <u>Mark A. Gittelman, Esquire</u>, who represents the <u>creditor</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>June 24, 2014</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

| US Attorney<br>502 Federal Building<br>970 Broad Street, Room 700<br>Newark, NJ 07102<br>*US Attorney* | Atkinson, DeBartolo & Kalapos<br>P.O. Box 8415 628 Shrewsburg Avenue<br>Red Bank, NJ 07701<br>*Attorney for Debtor* | Theodore G. Sourlis and Elaine Sourli<br>Rohallion<br>Rumson, NJ 07760<br>*Debtor(s)* |
|---|---|---|
| John W. Hargrave<br>Sentry Office Plaza, Suite 510<br>216 Haddon Avenue<br>Westmont, NJ 08108<br>*Counsel for Secured Creditors Committee* | Office of The US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>*US Trustee* | |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/24/14

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John W. Hargrave<br>Sentry Office Plaza, Suite 510<br>216 Haddon Avenue<br>Westmont, NJ 08108 | *Counsel for Secured Creditors Committee* | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Atkinson, DeBartolo & Kalapos<br>P.O. Box 8415 628 Shrewsburg Avenue<br>Red Bank, NJ 07701 | *Attorney for Debtor* | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Theodore G. Sourlis and Elaine Sourli<br>Rohallion<br>Rumson, NJ 07760 | *Debtor(s)* | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| US Attorney<br>502 Federal Building<br>970 Broad Street, Room 700<br>Newark, NJ 07102 | *US Attorney* | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Office of The US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | *US Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |